No. 2,893.—THE STATE OF MONTANA ex rel. W. B. DOLENTY, RELATOR, *v.* DISTRICT COURT OF THE NINTH JUDICIAL DISTRICT, AND THE HON. W. R. C. STEWART, JUDGE THEREOF, RESPONDENTS.

Original application for writ of prohibition.

Decided September 17, 1910.

PER CURIAM.—Upon suggestion of counsel for the relator, it is ordered that the proceedings herein be, and they are hereby, dismissed.

*Messrs. Kanouse & Schmidt,* and *Messrs. Wight & Pew,* for Relator.

No. 2,936.—THE STATE OF MONTANA ex rel. K. R. WILBER, RELATOR, *v.* THE CITY COUNCIL OF GREAT FALLS ET AL., RESPONDENTS.

Original application for writ of mandate.

Decided October 4, 1910.

PER CURIAM.—Relator's petition for writ of mandate herein, heretofore submitted, is, after due consideration, by the court denied.

*Mr. H. S. McGinley,* for Relator.